**Dismiss and Opinion Filed September 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00887-CR

**SHABNA KOHISTANI, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 066625**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Francis

We have before us Shabna Kohistani's September 27, 2018 motion to dismiss her appeal.

Both appellant and her attorney have signed the motion. We grant the motion. *See* TEX. R. APP.

P. 42.2(a). We dismiss the appeal.


/Molly Francis/
MOLLY FRANCIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

170887F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHABNA KOHISTANI, Appellant

No. 05-17-00887-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 397th Judicial District Court, Grayson County, Texas
Trial Court Cause No. 066625.
Opinion delivered by Justice Francis; Justices Bridges and Lang-Miers participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered September 19, 2018.